CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>FERRARA CANDY CO., and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:17-cv-00849-VC<br><br>**[~~PROPOSED~~] ORDER** |

## **ORDER**

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that the briefing schedule for Plaintiff's motion for class certification shall be extended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Plaintiff's class certification motion | November 1, 2017 | January 11, 2018 |
| Defendant's class certification opposition | December 13, 2017 | February 22, 2018 |
| Plaintiff's class certification reply | January 10, 2018 | March 22, 2018 |
| Hearing | February 1, 2018 | ~~April 12~~ April 26, 2018 |

IT IS SO ORDERED.

Dated: October 20, 2017

_____
UNITED STATES DISTRICT JUDGE