1   **CLARKSON LAW FIRM, P.C.**
    Ryan J. Clarkson (SBN 257074)
2   rclarkson@clarksonlawfirm.com
    Shireen M. Clarkson (SBN 237882)
3   sclarkson@clarksonlawfirm.com
    Bahar Sodaify (SBN 289730)
4   bsodaify@clarksonlawfirm.com
    9255 Sunset Blvd., Ste. 804
5   Los Angeles, CA 90069
    Tel: (213) 788-4050
6   Fax: (213) 788-4070

7   *Attorneys for Plaintiff Thomas Iglesias*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   THOMAS IGLESIAS, individually and    )   Case No. 3:17-cv-00849-VC
     on behalf of all others similarly     )
12   situated,                             )   **[CLASS ACTION]**
                                           )
13                        Plaintiff,       )   **DECLARATION OF DR. CLAIRE
                                           )   SAND IN SUPPORT OF
14          vs.                            )   PLAINTIFF'S MOTION FOR
                                           )   CLASS CERTIFICATION**
15   FERRARA CANDY CO., and DOES 1         )
     through 10, inclusive,                )
16                                         )
                         Defendants.       )
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22   _____  )

23

24

25

26

27

28

DECLARATION OF CLAIRE SAND, PH.D.

1

**<u>DECLARATION OF CLAIRE SAND</u>**

2    I, CLAIRE SAND, declare as follows:

3        1.    I am a packaging science and research expert retained for the above-

4    mentioned case. I have personal knowledge of the facts set forth in this declaration

5    and, if called as a witness, I could and would testify competently thereto.  Attached

6    hereto as Exhibit A is my curriculum vitae.

7        2.    I make this declaration in support of Plaintiff's motion for class

8    certification.  Attached hereto as Exhibit B is my expert report containing my

9    opinions regarding the products at issue.

10

11

12        I declare under penalty of perjury under the laws of the United States and the

13    State of California that the foregoing is true and correct. Executed on

14    February 25, 2018 at Stillwater, Minnesota.

15

16

17


Claire Koelsch Sand, Ph.D.

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CLAIRE SAND, PH.D.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069