UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>FERRARA CANDY CO., and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:17-cv-00849-VC<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER<br><br>Hon. Judge Vince Chhabria |

## **ORDER**

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that Plaintiff Thomas Iglesias' motion for preliminary approval of class action settlement shall be filed on or before May 10, 2018.

IT IS SO ORDERED.

Dated: May 7, 2018 _____



UNITED STATES DISTRICT JUDGE