UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS IGLESIAS,

    Plaintiff,

v.

FERRARA CANDY CO.,

    Defendant.

Case No. 17-cv-00849-VC

**ORDER DENYING MOTION TO INTERVENE**

Re: Dkt. No. 60

    The motion to intervene is denied. The movants may file objections or seek to exclude themselves from the proposed class settlement at preliminary and/or final approval and raise the concerns that they describe in their motion to intervene at that time.

    **IT IS SO ORDERED.**

Dated: May 9, 2018

VINCE CHHABRIA
United States District Judge