**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff Thomas Iglesias*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FERRARA CANDY CO., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00849-VC<br><br>**[CLASS ACTION]**<br><br>**PROOF OF SERVICE**<br><br>Hon. Judge Vince Chabbria |

PROOF OF SERVICE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **9255 Sunset Blvd., Suite 804, Los Angeles, CA 90069**.

On May 10, 2018, I served the foregoing documents described as:

- **SECOND AMENDED COMPLAINT**

on interested parties in this action by sending a true copy of the document to the following parties as follows:

**HOGAN LOVELLS LLP**
Michael J. Shepard
Michael.shepard@hoganlovells.com
3 Embarcadero Center., Suite 1500
San Francisco, California 94111
Tel: (415) 374-2310
Fax: (415) 374-2499

**HOGAN LOVELLS LLP**
J. Christopher Mitchell
chris.mitchell@hoganlovells.com
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Tel: (612) 402-3000
Fax: (612) 339-5167

**X** (BY ELECTRONIC SERVICE) I caused the document(s) to be sent to the offices of the addressees via CM/ECF Service.

___ (BY US MAIL) I caused such envelope(s) with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California, pursuant to California Code of Civil Procedure § 1013(a). I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

___ (BY ELECTRONIC MAIL) I caused the document(s) to be successfully transmitted via electronic mail to the offices of the addressees.

Executed on May 10, 2018, at Los Angeles, California.

___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X** (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*[signature]*
Stephanie Satow