**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff Thomas Iglesias*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FERRARA CANDY CO., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00849-VC<br><br>**[CLASS ACTION]**<br><br>**PROOF OF SERVICE**<br><br>Hon. Judge Vince Chabbria |

PROOF OF SERVICE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **9255 Sunset Blvd., Suite 804, Los Angeles, CA 90069**.

On May 10, 2018, I served the foregoing documents described as:

- **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL**
- **APPENDIX A TO MOTION FOR PRELIMINARY APPROVAL**
- **APPENDIX B TO MOTION FOR PRELIMINARY APPROVAL**
- **DECLARATION OF RYAN J. CLARKSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**
- **EXHIBIT 1 TO DECLARATION OF RYAN J. CLARKSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**
- **EXHIBIT 2 TO DECLARATION OF RYAN J. CLARKSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**
- **DECLARATION OF MARK SCHEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**
- **EXHIBIT A TO DECLARATION OF MARK SCHEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**
- **PROPOSED ORDER**

on interested parties in this action by sending a true copy of the document to the following parties as follows:

**HOGAN LOVELLS LLP**
Michael J. Shepard
Michael.shepard@hoganlovells.com
3 Embarcadero Center., Suite 1500
San Francisco, California 94111
Tel: (415) 374-2310
Fax: (415) 374-2499

**HOGAN LOVELLS LLP**
J. Christopher Mitchell
chris.mitchell@hoganlovells.com
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Tel: (612) 402-3000
Fax: (612) 339-5167

**X** (BY ELECTRONIC SERVICE) I caused the document(s) to be sent to the offices of the addressees via CM/ECF Service.

___ (BY ELECTRONIC MAIL) I caused the document(s) to be successfully transmitted via electronic mail to the offices of the addressees.

Executed on May 10, 2018, at Los Angeles, California.

___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X** (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Stephanie Satow