# EXHIBIT 4

Updated Privacy Policy »

Subscribe    Log In

U.S. EDITION   Wednesday, August 23, 2017 As of 1:38 PM

Home | World | U.S. | Business | Tech | Markets | Market Data | Your Money | Opinion | Life and Culture | Real Estate | Management

February 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. **See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.**

<< first   < prev   1   2   3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Radke, Kirk A. | Kirkland & Ellis LLP | Corporate | | | $1,250 | Reader's Digest Association Inc | 2010 |
| Taplin, Ian | Kirkland & Ellis LLP | Tax | | | $1,220 | Visteon Corp. | 2010 |
| Schmidt, Gerhard | Weil Gotshal | Finance | Corporate | Mergers and Acquisition | $1,165 | Aleris International | 2010 |
| Gon, Michelle Y.L. | Baker McKenzie | Real Estate | Mergers and Acquisition | Intellectual Property | $1,163 | Motors Liquidation Company | 2010 |
| Shutter, Andrew | Cleary Gottlieb | Bankruptcy | | | $1,160 | Truvo | 2010 |
| McDonald, Michael | Cleary Gottlieb | Corporate | Mergers and Acquisition | | $1,160 | Truvo | 2010 |
| Vandermeersch, Dirk | Cleary Gottlieb | Environmental Litigation | Litigation | | $1,130 | Truvo | 2010 |
| Reding, Jacques | Cleary Gottlieb | Bankruptcy | Mergers and Acquisition | Equities | $1,130 | Truvo | 2010 |
| McArdle, Wayne P. | Gibson Dunn | Corporate | | | $1,110 | Lehman Brothers Holding Inc | 2010 |
| DuBois, Pierre-Andre | Kirkland & Ellis LLP | Intellectual Property | | | $1,105 | Reader's Digest Association Inc | 2010 |
| Scheler, Brad | Fried Frank | Bankruptcy | | | $1,100 | Stations Casinos | 2010 |
| Lewin-Smith, Guy | Debevoise & Plimpton LLP | Corporate | | | $1,080 | MIG Inc | 2010 |
| Brown, Michael | Jones Day | Finance | Litigation | Regulatory | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Coffey, Lee | Jones Day | Litigation | International Law | Energy | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Stueck, Barnaby C. | Jones Day | Bankruptcy | | | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Karlan, Mitchell A. | Gibson Dunn | Litigation | | | $1,075 | Almatis | 2010 |
| Brockway, David | Bingham McCutchen | Corporate | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Magee, John B. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Nelson, William F. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Pistillo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2010 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1,050 | Washington Mutual | 2010 |
| Nesgos, Peter | Milbank Tweed | Finance | | | $1,050 | Sea Launch Company | 2010 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,050 | SP Wind Down Inc | 2010 |
| Fleder, Robert | Paul Weiss | Labor and Employment | | | $1,050 | SP Wind Down Inc | 2010 |
| Rothenberg, Peter | Paul Weiss | Corporate | Tax | | $1,050 | SP Wind Down Inc | 2010 |
| Baronsky, Kenneth J | Milbank Tweed | Bankruptcy | Mergers and Acquisition | Securities Litigation | $1,050 | Stations Casinos | 2010 |

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Palmer, Deryck A. | Cadwalader | Finance | Bankruptcy | Mergers and Acquisition | $1,050 | Lyondell Chemical Company | 2010 |
| Aronzon, Paul | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |
| Bray, Gregory | Milbank Tweed | Bankruptcy | | | $1,050 | Midway Games Inc | 2010 |
| Dunne, Dennis | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |
| Schiff, Kenneth E. | Weil Gotshal | Mergers and Acquisitions | | | $1,030 | Extended Stay Inc | 2010 |
| Kar, Partha | Kirkland & Ellis LLP | Bankruptcy | | | $1,030 | Reader's Digest Association Inc | 2010 |
| Budd, Thomas M. | Gibson Dunn | Finance | | | $1,027 | Lehman Brothers Holding Inc | 2010 |
| Moore, Robert Jay | Milbank Tweed | Bankruptcy | | | $1,025 | Claim Jumper | 2010 |
| Dakin-Grimm, Linda | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Davis, Trayton M. | Milbank Tweed | Finance | Bankruptcy | Investment Funds Litigation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Grushkin, Jay D. | Milbank Tweed | International Law | Finance | Transportation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Heller, David S. | Latham Watkins | Bankruptcy | | | $1,025 | In re: NEC Holdings Corp. | 2010 |
| Hirschfeld, Michael | Milbank Tweed | Tax | Real Estate | Finance | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Magold, Rainer | Milbank Tweed | Finance | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Tomback, Andrew E. | Milbank Tweed | Litigation | Finance | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Sharp, Richard | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Clowry, Karl J.K. | Paul Hastings | Corporate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Eagan, Mark J. | Paul Hastings | Real Estate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| O'Sullivan, Ronan P. | Paul Hastings | Corporate | Real Estate | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Lincer, Richard S. | Cleary Gottlieb | Corporate | Finance | Mergers and Acquisition | $1,020 | Truvo | 2010 |
| Duncan, James A. | Cleary Gottlieb | Finance | Tax | | $1,020 | Truvo | 2010 |
| Peaslee, James | Cleary Gottlieb | Tax | | | $1,020 | Truvo | 2010 |
| Gorin, William F. | Cleary Gottlieb | Corporate | Government | Capital Markets | $1,020 | Truvo | 2010 |
| Moloney, Thomas J. | Cleary Gottlieb | Bankruptcy | Litigation | Finance | $1,020 | Truvo | 2010 |

<< first  < prev   1  2  3   next >  last >>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.

(See correction.)

Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

| Customer Center: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | Content Partnerships | Site Map | Today's Paper | WSJ.com |
| My Subscriptions | Advertising | Home | Video Center | Marketwatch.com |
|  | Place a Classified Ad | World | Graphics | Barrons.com |
| Create an Account: | Classifieds | U.S. | Columns | SmartMoney.com |
| Register for Free | Advertise Locally | New York | Blogs | AllThingsD.com |
| Subscribe Now | Conferences | Business | Topics | FINS: Finance, IT jobs, Sales jobs |
| Subscribe to WSJ Weekend - Print Edition | About Dow Jones | Markets | Guides | BigCharts.com |
|  | Privacy Policy | Market Data | Portfolio | Virtual Stock Exchange |
| Help & Information Center: | Cookie Policy | Tech | Old Portfolio | WSJ Radio |
| Help | Data Policy | Personal Finance | Newsletters and Alerts | Professor Journal |
| Customer Service | Your Ad Choices | Life & Style | Mobile | WSJ U.S. Edition |
| WSJ Weekend | Subscriber Agreement & Terms of Use - NEW | Opinion | WSJ Social | WSJ Asia Edition |
| Contact Us | Copyright Policy | Autos | Tablet Edition | WSJ Europe Edition |
| Print Subscriber Services | Jobs at WSJ.com | Careers | Podcasts | WSJ India Page |
|  |  | Real Estate | RSS Feeds | Foreign Language Editions: |
|  |  | Small Business | Journal Community | WSJ Chinese |
|  |  | Student Journal | WSJ on Twitter | WSJ Japanese |
|  |  | Corrections | WSJ on Facebook | WSJ Portuguese |
|  |  | SafeHouse - Send Us Information | WSJ on Foursquare |  |
|  |  |  | WSJ on Google+ |  |

Updated Privacy Policy »

Subscribe   Log In

U.S. EDITION  Wednesday, August 23, 2017 As of 1:38 PM

Home   World   U.S.   Business   Tech   Markets   Market Data   Your Money   Opinion   Life and Culture   Real Estate   Management

February 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first  < prev  1  2  3  next >  last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Aleksander, Nicholas P.B. | Gibson Dunn | Tax | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Rocher, Philip | Gibson Dunn | Litigation | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Thomas, Andrew S.V. | Gibson Dunn | Corporate | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Blyth, Mark | Linklaters | Litigation | | | $1,016 | Nortel Networks | 2010 |
| Cox, Tim | Linklaters | Corporate | | | $1,016 | Nortel Networks | 2010 |
| Sachdev, Neel V. | Kirkland & Ellis LLP | Corporate | | | $1,015 | Visteon Corp. | 2010 |
| Mayo, David | Paul Weiss | Tax | | | $1,015 | SP Wind Down Inc | 2010 |
| Cohen, Joel | Gibson Dunn | Bankruptcy | | | $1,014 | Almatis | 2010 |
| Sullivan, Peter | Gibson Dunn | Intellectual Property | Litigation | | $1,014 | Almatis | 2010 |
| Trinklein, Jeffrey | Gibson Dunn | Tax | Employee Benefits | Energy | $1,014 | Almatis | 2010 |
| Vance, Janet L. | Gibson Dunn | Finance | Corporate | | $1,014 | Almatis | 2010 |
| Buffone, Steven P. | Gibson Dunn | Energy | Corporate | Finance | $1,009 | Almatis | 2010 |
| Jowitt, Justin S. | Paul Hastings | Finance | | | $1,004 | Lehman Brothers Holding Inc | 2010 |
| Gander, Fred R. | Dewey LeBoeuf LLP | Finance | Tax | Corporate | $1000 | Ambac | 2010 |
| Vyskocil, Mary Kay | Simpson Thacher | Insurance | Litigation | | $1000 | Washington Mutual | 2010 |
| Brown, Alvin | Simpson Thacher | Employee Benefits | Executive Compensation | | $1000 | American Safety Razor Company | 2010 |
| Etherton, Joanne | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| McCahill, Dominic T. | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Tringali, Joseph F. | Simpson Thacher | Litigation | Antitrust | Intellectual Property | $1000 | American Safety Razor Company | 2010 |
| Francies, Michael | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Keller, Andy | Simpson Thacher | Corporate | Energy | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nave, Douglas | Weil Gotshal | Antitrust | Finance | Mergers and Acquisition | $1000 | Motors Liquidation Company | 2010 |
| Norwood, Andrew N. | Weil Gotshal | Finance | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Ostrager, Barry R. | Simpson Thacher | Litigation | | | $1000 | Washington Mutual | 2010 |
| Horspool, Anthony | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Kelly, Jacky | Weil Gotshal | Bankruptcy | Finance | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nicklin, Michael | Weil Gotshal | Bankruptcy | Finance | Equities | $1000 | Lehman Brothers Holding Inc | 2010 |
| Shankland, Matthew | Weil Gotshal | Alternative Dispute Resolution | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Martin, Stefan | Allen & Overy LLP | Labor and Employment | | | $1,152 | BearingPoint | 2009 |

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Huber, John J. | Latham Watkins | Capital Markets | | | $1,120 | Aviza Technology | 2009 |
| Reynolds, Michael | Allen & Overy LLP | Mergers and Acquisitions | | | $1,111 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,110 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,100 | Reader's Digest Association Inc | 2009 |
| Reiss, John M. | White & Case | Mergers and Acquisitions | Equities | | $1,100 | Heartland Automotive Holdings | 2009 |
| Gillespie, Stephen | Kirkland & Ellis LLP | Corporate | | | $1,080 | Chemtura Corp. | 2009 |
| Nakata, Nobuo | Allen & Overy LLP | Corporate | | | $1,077 | BearingPoint | 2009 |
| Brown, Stephen | Latham Watkins | Employee Benefits | | | $1,065 | Aviza Technology | 2009 |
| Chanda, Kenneth D. C. | Latham Watkins | Mergers and Acquisitions | | | $1,065 | Aviza Technology | 2009 |
| Finn, Sean | Latham Watkins | Tax | | | $1,065 | Aviza Technology | 2009 |
| Safran, Lawrence | Latham Watkins | Finance | | | $1,065 | Aviza Technology | 2009 |
| Verburg, Leonard | Allen & Overy LLP | Labor and Employment | | | $1,065 | BearingPoint | 2009 |
| Lee-Lim, Jiyeon | Latham Watkins | International Law | Tax | | $1,065 | Spansion | 2009 |
| Pistillo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2009 |
| Seider, Mitchell A. | Latham Watkins | Bankruptcy | | | $1,065 | Spansion | 2009 |
| Stokkermans, Christiaan | Allen & Overy LLP | Corporate | | | $1,052 | BearingPoint | 2009 |
| Pohl, Timothy | Skadden | Bankruptcy | Litigation | | $1,050 | Verasun Energy Corporation | 2009 |
| Lauria, Thomas | White & Case | Bankruptcy | | | $1,050 | Global Safety Textiles | 2009 |
| Mulaney, Charles W. | Skadden | Mergers and Acquisitions | | | $1,050 | Hartmarx | 2009 |
| Rosen, Matthew A. | Skadden | Tax | | | $1,050 | Hartmarx | 2009 |
| Zirinsky, Bruce | Cadwalader | Bankruptcy | | | $1,050 | TH Agriculture | 2009 |

<< first   < prev   1   2   3   next >   last >>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.
(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

| Customer Center: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | Content Partnerships | Site Map | Today's Paper | WSJ.com |
| My Subscriptions | Advertising | Home | Video Center | Marketwatch.com |
|  | Place a Classified Ad | World | Graphics | Barrons.com |
| Create an Account: | Classifieds | U.S. | Columns | SmartMoney.com |
| Register for Free | Advertise Locally | New York | Blogs | AllThingsD.com |
| Subscribe Now | Conferences | Business | Topics | FINS: Finance, IT jobs, Sales jobs |
| Subscribe to WSJ Weekend - Print Edition | About Dow Jones | Markets | Guides | BigCharts.com |
|  | Privacy Policy | Market Data | Portfolio | Virtual Stock Exchange |
| Help & Information Center: | Cookie Policy | Tech | Old Portfolio | WSJ Radio |
| Help | Data Policy | Personal Finance | Newsletters and Alerts | Professor Journal |
| Customer Service | Your Ad Choices | Life & Style | Mobile | WSJ U.S. Edition |
| WSJ Weekend | Subscriber Agreement & Terms of Use - NEW | Opinion | WSJ Social | WSJ Asia Edition |
| Contact Us |  | Autos | Tablet Edition | WSJ Europe Edition |
| Print Subscriber Services | Copyright Policy | Careers | Podcasts | WSJ India Page |
|  | Jobs at WSJ.com | Real Estate | RSS Feeds |  |
|  |  | Small Business | Journal Community | Foreign Language Editions: |
|  |  | Student Journal | WSJ on Twitter | WSJ Chinese |
|  |  | Corrections | WSJ on Facebook | WSJ Japanese |
|  |  | SafeHouse - Send Us Information | WSJ on Foursquare | WSJ Portuguese |
|  |  |  | WSJ on Google+ |  |

Updated
Privacy Policy »

Subscribe   Log In

U.S. EDITION   Wednesday, August 23, 2017 As of 1:38 PM

Home   World   U.S.   Business   Tech   Markets   Market Data   Your Money   Opinion   Life and Culture   Real Estate   Management

February 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first  < prev  1  2  3  next >  last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Milmoe, J. Gregory | Skadden | Bankruptcy | | | $1,050 | Interstate Bakeries | 2009 |
| Braun, Ellen | Allen & Overy LLP | Antitrust | | | $1,038 | Chemtura Corp. | 2009 |
| Stroll, Neal | Skadden | Antitrust | | | $1,035 | Verasun Energy Corporation | 2009 |
| Hayman, Linda C. | Skadden | Corporate | Mergers and Acquisition | | $1,035 | Interstate Bakeries | 2009 |
| Neckles, Peter J. | Skadden | Finance | | | $1,032 | Interstate Bakeries | 2009 |
| MacLachlan, James | Baker McKenzie | Tax | | | $1,029 | Milacorn | 2009 |
| Keck, Colleen | Allen & Overy LLP | Corporate | Intellectual Property | | $1,029 | BearingPoint | 2009 |
| Kelliher, Eileen | Allen & Overy LLP | Mergers and Acquisitions | | | $1,029 | BearingPoint | 2009 |
| Feuillat, Francois | Vinson & Elkins | Capital Markets | Energy | International Law | $1,028 | MPF Holding US LLC and Official Committee Of Unsecured Creditors | 2009 |
| Rievman, David | Skadden | Tax | | | $1,026 | Mark IV Industries | 2009 |
| Davenport II, Kirk | Latham Watkins | Capital Markets | | | $1,025 | Dayton Superior | 2009 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,025 | Tronox | 2009 |
| Fisch, Peter | Paul Weiss | Real Estate | | | $1,025 | Tronox | 2009 |
| Kornberg, Alan | Paul Weiss | Bankruptcy | | | $1,025 | Tronox | 2009 |
| Schimek, Terry | Paul Weiss | Finance | | | $1,025 | Tronox | 2009 |
| Smith, Mark | Skadden | Corporate | | | $1,013 | Mark IV Industries | 2009 |
| Hyde, Mark | Clifford Chance | Bankruptcy | | | $1,006 | Lyondell Chemical Company | 2009 |
| Butters, James | Clifford Chance | Mergers and Acquisitions | | | $1,006 | Lyondell Chemical Company | 2009 |
| Saferstein, Jeffrey | Paul Weiss | Bankruptcy | | | $1,005 | Samsonite Company | 2009 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1000 | Washington Mutual | 2009 |
| Finley, John | Simpson Thacher | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2009 |
| Gover, Alan | White & Case | Bankruptcy | | | $1000 | Hospital Partners | 2008 |

<< first  < prev  1  2  3  next >  last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*

(See correction.)

**Write to** the Online Journal's editors at newseditors@wsj.com
Return To Top

| Customer Center: | About: | WSJ.com: | Tools & Formats: | Digital Network |
|---|---|---|---|---|
| My Account | Content Partnerships | Site Map | Today's Paper | WSJ.com |
| My Subscriptions | Advertising | Home | Video Center | Marketwatch.com |
|  | Place a Classified Ad | World | Graphics | Barrons.com |
| Create an Account: | Classifieds | U.S. | Columns | SmartMoney.com |
| Register for Free | Advertise Locally | New York | Blogs | AllThingsD.com |
| Subscribe Now | Conferences | Business | Topics | FINS: Finance, IT jobs, Sales jobs |
| Subscribe to WSJ Weekend - Print Edition | About Dow Jones | Markets | Guides | BigCharts.com |
|  | Privacy Policy | Market Data | Portfolio | Virtual Stock Exchange |
| Help & Information Center: | Cookie Policy | Tech | Old Portfolio | WSJ Radio |
| Help | Data Policy | Personal Finance | Newsletters and Alerts | Professor Journal |
| Customer Service | Your Ad Choices | Life & Style | Mobile | WSJ U.S. Edition |
| WSJ Weekend | Subscriber Agreement & Terms of Use - NEW | Opinion | WSJ Social | WSJ Asia Edition |
| Contact Us | Copyright Policy | Autos | Tablet Edition | WSJ Europe Edition |
| Print Subscriber Services | Jobs at WSJ.com | Careers | Podcasts | WSJ India Page |
|  |  | Real Estate | RSS Feeds | Foreign Language Editions: |
|  |  | Small Business | Journal Community | WSJ Chinese |
|  |  | Student Journal | WSJ on Twitter | WSJ Japanese |
|  |  | Corrections | WSJ on Facebook | WSJ Portuguese |
|  |  | SafeHouse - Send Us Information | WSJ on Foursquare |  |
|  |  |  | WSJ on Google+ |  |