IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FERRARA CANDY CO., and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00849-VC<br><br>**[CLASS ACTION]**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**<br><br>Hon. Judge Vince Chabbria<br><br>Date:　　　October 25, 2018<br>Time:　　　10:00 AM<br>Judge:　　　Hon. Vince Chabbria<br>Courtroom:　Courtroom 4 |

ORDER

1    This Court, having received and fully considered Plaintiff's notice of motion and motion for attorneys' fees, expenses, and service award; supporting memorandum of points and authorities; the declaration of Ryan J. Clarkson; the declaration of Thomas Iglesias; the pleadings, declarations, and other evidence previously filed with this Court on May 10, 2018 in connection with the Plaintiff's motion for preliminary approval and supporting papers; and the oral argument presented to the Court, HEREBY ORDERS and MAKES DETERMINATIONS that:

1. Pursuant to Federal Rule of Civil Procedure 23(h), this Court finds and determines that reasonable attorneys' fees should be awarded to Class Counsel Clarkson Law Firm, P.C., in the amount of 25% of the $2.5 million claim fund amount. Specifically, the Court awards and grants final approval of the sum of $625,000 as attorneys' fees to be paid out of the common fund within 30 days or as otherwise provided in the parties' settlement agreement. This award represents a 1.19 multiplier, which is well within the range of multipliers the courts have allowed, and is warranted in this case.

2. The fee award is appropriate based on Class Counsel's efforts and the substantial benefits to the class. Class Counsel dedicated significant time and resources in pursuing Plaintiff's claims, and did so despite the real risk of nonpayment for their investment of time and resources due to the contingent nature of their representation.

3. The Court finds and determines that $102,172.12 in litigation expenses were reasonably incurred by Class Counsel and are awarded to Clarkson Law Firm, P.C. and to be paid out of the common fund within 30 days or as otherwise provided in the parties' settlement agreement.

4. The Court finds that Thomas Iglesias' substantial efforts on behalf of the settlement class warrant a service award in the amount of $5,000, which shall be paid out of the common fund within 30 days or as otherwise provided in the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: __November 8__, 2018        _____
                                    Honorable Vince Chabbria
                                    United States District Judge