# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
**NOV 26 2018**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FERRARA CANDY CO., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:17-cv-00849-VC <br> CLASS ACTION |

## NOTICE OF APPEAL

**Patrick S. Sweeney, Pro Se**
2672 Mutchler Road
Telephone: (424)-488-4383
Madison, WI 53711
patrickshanesweeney@gmail.com

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector /Appellant") appeals to the United States Court of Appeals for the Ninth from the Order and Minute Entry, at Docket numbers #92 & #93 dated October 25, 2018. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives. This shall also serve as notice of appeal of any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: November 15, 2018

Respectfully Submitted,

*/s/ Patrick Sweeney*

Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Telephone: (424)-488-4383
patrickshanesweeney@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Northern District of California. When the Clerk files this Notice of Appeal in the CM/ECF system it will effectuate service of this filing on all CM/ECF registered attorneys in this case. In addition, I served counsel of record via electronic mail.

_____
Patrick S. Sweeney, Pro Se

# Contacting the Court

11-20-18

> Looking for a court reporter or court reporter supervisor? Visit the court reporters contact page.
>
> Looking for directions, hours, etc. for a Courthouse? Visit the court locations page.

Districtwide Contacts (located in San Francisco)
San Francisco Courthouse
Oakland Courthouse
San Jose Courthouse
Eureka Courthouse

*[Handwritten note:]* DEAR CLERK, PLEASE FIND ENCLOSED MY NOTICE OF APPEAL IN CASE NO. 17-849. THANK YOU [signature]

## Districtwide Contacts (located in San Francisco)

| | | |
|---|---|---|
| **Clerk's Office Mailing Address & General Phone Number** | United States District Court<br>450 Golden Gate Avenue, Box 36060<br>San Francisco, CA 94102-3489<br>415-522-2000 | |
| **Clerk of Court** | Susan Y. Soong | 415-522-2000 |
| **Chief Deputy of Operations** | Kathleen Shambaugh<br>Kathleen_Shambaugh@cand.uscourts.gov | 415-522-2003 |
| **Chief Deputy of Administration** | Ravi Subramanian<br>Ravi_Subramanian@cand.uscourts.gov | 415-522-2828 |
| **Administration Units:** | | |
| Finance Unit | Grace Ligh, Administrator<br>Ana Banares, Supervisor | 415-522-4621 |
| Human Resources Unit | Beverly Keh-Hoy, Administrator | 415-522-2147 |
| Procurement & Facilities Unit | Helene McVanner, Administrator | 415-522-3646 |
| **Alternative Dispute Resolution** | Howard Herman, Director | 415-522-2199 |
| **Attorney Admissions & Bar Membership**<br>Attorney Bar Membership Status Page | Attorney Admissions Deputy Clerk<br>email Attorney Admissions | 415-522-2060 |
| **Criminal Justice Act Unit** | Diana Weiss, Supervising Attorney | 415-522-2822 |
| **Media & Public Outreach** | Lynn Fuller<br>Lynn_Fuller@cand.uscourts.gov | 415-522-4051 |
| **Website Support** | WEB-CAND@cand.uscourts.gov | |
| **ECF Helpdesk** | ECFHELPDESK@cand.uscourts.gov | 866-638-7829 |

## San Francisco Courthouse

| | | |
|---|---|---|
| **Mailing & Delivery Address:** | United States District Court<br>450 Golden Gate Avenue, Box 36060<br>San Francisco, CA 94102-3489 | |
| **Calendar Clerks**<br>**Docket Clerks**<br>**Judges' Chambers** | Please visit the judges' web pages for these listings. | |

Sender:
2677 Mutchler Rd
Madison, WI 53711

94102-348999

Clerk of Court
PO Box 36060
450 Golden Gate Ave
San Francisco, CA
94102-3489